FILED
2026 Aug-10  AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMIE BOZEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00706-MHH-SGC |
| | ) | |
| K. GLOVER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Jimmie Bozeman initiated this action by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). After Bozeman did not comply with the court's order to amend his complaint (*see* Doc. 6), the undersigned recommended dismissal of this action without prejudice for his failure to prosecute his claims. (Doc. 8). While the recommendation remained pending, the court received Bozeman's amended complaint. (Doc. 9). Accordingly, the undersigned **WITHDRAWS** the Report and Recommendation. (Doc. 8).

**DONE** this 10th day of August, 2026.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE